UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GREGORY ROBERTSON** | * | **CIVIL ACTION NO.:** |
| **versus** | * | **HONORABLE** |
| **USAA CASUALTY INSURANCE COMPANY** | * | **MAGISTRATE** |

## NOTICE OF REMOVAL

Defendant, USAA General Indemnity Company (incorrectly named as USAA Casualty Insurance Company), files this Notice of Removal pursuant to 28 U.S.C. §1332 and §1441, and hereby removes this matter from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

### I. PROCEDURAL HISTORY

**1.**

Plaintiffs filed this lawsuit in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana on August 29, 2023. The case was captioned "*Gregory Robertson vs. USAA Casualty Insurance Company*" Docket No. 41781, Division "C." (Exhibit A, Plaintiff's Petition for Damages).

**2.**

This is a Hurricane Ida suit. Plaintiff's lawsuit arises out of alleged damage to the residence located at 1037 North Ezidore Drive, Gramercy, LA 70052. (Exhibit A).

**3.**

Defendant removes this action from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, *et seq*.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332, THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00, AND COMPLETE DIVERSITY EXISTS

**1.**

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States."

**2.**

The Petition for Damages does not specify the amount in controversy or state whether the damages alleged are above or below the jurisdictional threshold for federal diversity jurisdiction. (Exhibit A).

**3.**

On June 17, 2024, plaintiff responded to discovery sent by USAA GIC. In his responses, plaintiff admitted that the amount in controversy exceeds $75,000. (Exhibit B).

**4.**

As specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation. *Id*.

**5.**

Plaintiff, Gregory Robertson, is a citizen of and domiciled in the State of Louisiana. (Exhibit A).

**6.**

USAA GIC is a foreign insurance corporation duly organized under the laws of the State of Texas and having its principal place of business in the State of Texas and is a citizen of the State of Texas.

**7.**

There is complete diversity of citizenship between the plaintiff and the defendant.

**8.**

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy, exceeds SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and complete diversity exists between all adverse parties.

**III. DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

**1.**

The plaintiff's Petition for Damages did not allege amount in controversy.

**2.**

The plaintiff's discovery responses were the first indication that the amount in controversy exceeded $75,000.

**3.**

USAA GIC received the plaintiffs' responses on June 17, 2024. (Exhibit B).

**4.**

Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C. § 1332 (a)(2), which grants federal courts concurrent original jurisdiction over claims where the matter in

controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and is between a citizen of a state and citizens or subjects of a foreign state.

**5.**

The 23rd Judicial District Court for the Parish of St. James, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(b). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

**17.**

No previous application has been made by defendant, USAA GIC, for the relief requested herein. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition and all other pleadings of record served on or by defendant to date are attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Counsel, Dory Tarver, by e-mail and filed with the Clerk for the 23rd Judicial District Court in the state court record. No other process, pleadings, or orders have been served upon defendants.

**IV.　CONCLUSION**

**18.**

Under the applicable provisions of 28 U.S.C. §1441 and other applicable statutes, all of which defendant, USAA GIC, has complied with, this cause of action is removable to the United States District Court for the Eastern District of Louisiana.

**19.**

USAA GIC reserves the right to supplement or amend this Notice of Removal.

**20.**

USAA GIC reserves all defenses, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses that are or might become available, including, but not limited to those available to defendant, USAA GIC.

**21.**

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

**WHEREFORE,** Defendant, USAA General Indemnity Company, prays that the above numbered and entitled cause of action on the docket of the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, be removed from said court to the docket of the United States District Court for the Eastern District of Louisiana, and for all other general and equitable relief.

Respectfully submitted,

*s/ James R. Nieset, Jr.*
JAMES R. NIESET, JR. (#24856)
SARA A. LAROSA (#37765)
COLIN T. RYAN (#36659)
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838
Email:  jnieset@phjlaw.com

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on July 16, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Gregory Robertson**
Through counsel of record
Dory Tarver

Wilfred Denis
Galindo Law Firm
3850 Causeway Bld., suite 1520
Metairie, LA 70002
Email: dory@galindolaw.com
Tel. 713-228-3030

I hereby further certify that a copy of the foregoing Notice of Removal has also been placed in the United States mail, with proper and sufficient postage affixed, addressed to:

**Honorable Steven Tureau**
23rd Judicial District Court
5800 Louisiana 44
Convent, LA 70723

For filing in the state court action entitled "*Gregory Robertson vs. USAA Casualty Insurance Company*" Docket No. 41781, Division "C" on the docket of the 23rd Judicial District Court for the Parish of St. James, State of Louisiana.

*s/ James R. Nieset, Jr.*
JAMES R. NIESET, JR.
SARA A. LAROSA